UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA ROBERTS-MULLETT,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant. | No. 1:20-cv-352<br><br>Honorable Paul L. Maloney |

# JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** September 28, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge